SOUTHERN NEW ENGLAND TELEPHONE COMPANY *v.*
PUBLIC UTILITIES COMMISSION ET AL.

The petition by Elliot Taubman on behalf of Neighborhood Legal Services, Inc., for leave to file a brief and to argue before this court as amicus curiae in the appeal from the Superior Court in Hartford County is denied.

*Elliot Taubman,* in support of the petition.

Submitted January 22—decided January 26, 1971

STATE OF CONNECTICUT *v.* KENNETH KINSLER

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*Jerrold H. Barnett,* assistant state's attorney, for the appellee (state).

*George A. Johnson,* for the appellant (defendant).

Argued February 2—decided February 2, 1971

FRANCES BECKISH ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF COLUMBIA

The motion by the defendant to dismiss the appeal from the Superior Court in Tolland County is denied.

*Jerome I. Walsh,* for the appellee (defendant).

*Herbert A. Lane,* for the appellants (plaintiffs).